IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00891-RPM-KLM

**CALIE PALMER,**

        Plaintiff,

v.

**ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,**

**Defendant.**

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

      THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

      DATED: July 21st, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge